USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re: MAERSK ESSEN
VOYAGE 051 CASES

       21 cv 11213 (CM)
       22 cv 00139 (CM)
       22 cv 00155 (CM)
---------------------------------------------------------------x
       22 cv 00194 (CM)
       22 cv 00196 (CM)

This Filing Relates to

       22 cv 00265 (CM)
       22 cv 00284 (CM)
---------------------------------------------------------------x

ALL MATTERS

---------------------------------------------------------------x

**ORDER**

McMahon, J.:

      Whereas the court has accepted each of the above captioned lawsuits as "related cases" due to the fact that each arises out of Voyage 051 of the vessel known as the Maersk Essen, it is hereby ordered that these cases be consolidated under the first filed case number 1:21-cv-11213, which shall be the Master Case Number, and the rubric "In re: Maersk Essen Voyage 051 Cases."

      It is further ordered that any filing in any of these cases must be posted to ECF in **both** the Master Case Number and the civil action number assigned to the individual case.

Dated: January 14, 2022

                                                           U.S.D.J.

BY ECF TO ALL COUNSEL OF RECORD