UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAERSK ESSEN VOYAGE 052 SHIPPER CASES <br>——————————————————————<br> STARR INDEMNITY & LIABILITY COMPANY, <br><br>                    Plaintiff, <br><br> -against- <br><br> KUEHNE + NAGEL INC. d/b/a BLUE ANCHOR AMERICA LINE; and DOES 1 through 10, inclusive <br><br>                    Defendants. <br><br> And Related Third-Party Action | Case No.: 1:21-cv-11213-CM <br><br> (Lead Case) 1:21-cv-08183-CM-GS <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)** |

　　　IT IS HEREBY STIPULATED AND AGREED among Plaintiff STARR INDEMNITY & LIABILITY COMPANY, Defendant KUEHNE + NAGEL INC. d/b/a BLUE ANCHOR AMERICA LINE, and Third-party Defendant MSC MEDITERRANEAN SHIPPING COMPANY S.A., sued erroneously as MEDITERRANEAN SHIPPING COMPANY, by and through their respective and undersigned counsel, that the above-captioned action (1:21-cv-11213 CM) be, and hereby is, dismissed in its entirety as to all claims and all Defendants and

Third-party Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs in connection with this action.

Dated: March 20, 2024

CAMMARANO LAW GROUP

By: _____
Dennis A. Cammarano
555 E. Ocean Blvd., Ste., 501
Long Beach, CA 90802
Tel: (562) 495-9501
Email: dcammarano@camlegal.com
*Attorneys for Plaintiff,*
*Starr Indemnity and Liability Company*

Respectfully Submitted,

SPECTOR RUBIN, P.A.

By: _____
Andrew R. Spector
3250 Mary Street, Ste. 405
Miami, FL 33133
(305) 537-2000
Email: andrew.spector@spectorrubin.com
*Attorneys for Defendant,*
*Kuehne + Nagel Inc. d/b/d Blue Anchor America Line*

LYONS & FLOOD, LLP

By: _____
Edward P. Flood
Jon Werner
111 Great Neck Road, Suite 206
New York, NY 11021
Tel: (212) 594-2400
Email: eflood@lyons-flood.com
*Attorneys for Third-Party Defendant,*
*MSC Mediterranean Shipping Company, S.A.*